FILED

SEP 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    Plaintiff(s),

v.

ANDY COWEL

    Defendant(s).

No. 3:05-70760 JCS

REMOVAL ORDER - OUT OF CUSTODY

IT APPEARING that a(n) **Indictment** has been filed in the **Eastern** District of **California** charging the defendant above-named, with a violation of Title **21**, United States Code, Section(s) **841(a)(1) & (b)(1)(A) and 846, and Title 18 United States Code, Section 2.**

IT IS HEREBY ORDERED that the defendant be released on **$150,000 secured bond**, to report to the United States District Court for the **Eastern** District of **California** on **October 3, 2005 at 11:00 a.m.**, and to abide by further orders of that Court. Any money posted as bail shall be transmitted to the clerk in the district where the offense was allegedly committed.

Dated: September 19, 2005

JOSEPH C. SPERO
United States Magistrate Judge